UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tyrone Jerod Cole, Jr.,

    Plaintiff,

        v.                               Case No. 1:18cv342

David McCroskey, *et al.*,               Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 18, 2018 (Doc. 5).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 5) of the Magistrate Judge is hereby **ADOPTED**. **W**ith the exception of Plaintiff's excessive use of force claim against Defendant Borough, the Complaint (Doc. 3) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

    **IT IS SO ORDERED.**

                                                 *s/Michael R. Barrett*
                                                 Michael R. Barrett, Judge
                                                 United States District Court