UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TYRONE JEROD COLE, JR.,<br>Plaintiff, | Case No. 1:18-cv-342<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| DAVID MCCROSKEY, et al.,<br>Defendants. | ORDER |

Plaintiff, an inmate at the Southern Ohio Correctional Facility, brings this civil rights action under 42 U.S.C. § 1983 alleging violations of his Eighth Amendment rights by prison employees.

Plaintiff has filed a motion for production of physical pictures of his injuries (Doc. 18), his first set of interrogatories (Doc. 19), and a motion for production of documents (Doc. 20) with the Court. Plaintiff is advised that he must serve his discovery requests on defendants rather than file them with the Court. *See* Fed. R. Civ. P. 34(a) ("A party may serve on any other party a request within the scope of Rule 26(b). . . ."). Accordingly, plaintiff's discovery motions (Docs. 18, 19, 20) are **DENIED**.

**IT IS SO ORDERED.**

Date: 1/2/19

Karen L. Litkovitz
United States Magistrate Judge